**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
Annick M. Persinger (State Bar No. 272996)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
          swestcot@bursor.com
          apersinger@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com

*Attorneys for Plaintiffs*
*(additional counsel on signature page)*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMARIE FERNANDEZ, ALFONSO MENDOZA, and RHONDA STANLEY, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OBESITY RESEARCH INSTITUTE, LLC, CONTINUITY PRODUCTS, LLC, WAL-MART STORES, INC., HENNY DEN UIJL, and, BRYAN CORLETT,<br><br>Defendants. | Case No. 13-CV-00975-MCE-KJN<br><br>**STIPULATION AND ORDER CONTINUING HEARINGS ON DEFENDANTS' MOTIONS TO DISMISS**<br><br>Hon. Morrison C. England, Jr. |

STIPULATION AND ORDER CONTINUING HEARINGS ON MOTIONS TO DISMISS
CASE NO. 13-CV-00975-MCE-KJN

Plaintiffs DeMarie Fernandez, Alfonso Mendoza and Rhonda Stanley, and Defendants Obesity Research Institute, LLC, Continuity Products, LLC, Wal-Mart Stores, Inc., Henny Den Uijl and Bryan Corlett, through their counsel of record, stipulate and agree as follows:

## RECITALS

1. On June 13, 2013, Defendant Wal-Mart Stores, Inc. moved to dismiss Plaintiffs' complaint. Defendant Wal-Mart Stores, Inc.'s motion is set for hearing July 25, 2013.

2. On June 14, 2013, Defendants Obesity Research Institute, LLC, Continuity Products, LLC, Henny Den Uijl, and Bryan Corlett moved to dismiss Plaintiffs' complaint.  Defendants' motion is set for hearing July 25, 2013.

3. On June 25, 2013, Obesity Research Institute, LLC, Continuity Products, LLC, Henny Den Uijl, and Bryan Corlett moved to transfer this action pursuant to 28 U.S.C. § 1404(a).  Defendants' motion to transfer is set for hearing August 8, 2013.

4. On June 25, 2013, Obesity Research Institute, LLC, Henny Den Uijl, and Bryan Corlett moved to stay this action.  Defendants' motion is set for hearing August 8, 2013.

5. On  June 26, 2013, counsel for Plaintiffs contacted counsel for Defendants and requested that the hearings on Defendants motions to dismiss, currently set for July 25, 2013, be moved to August 8, 2013, the same date as the hearings on the motions to stay and transfer.

## STIPULATION

1. Plaintiffs and Defendants have agreed that, subject to Court approval, the hearings on Defendants' motions to dismiss shall be on August 8, 2013 at 2:00 p.m.

2. The hearings on Defendants' motions to stay and transfer shall remain on August 8, 2013.

3. The briefing schedule for each motion shall remain the same as follows:

    a. Plaintiffs' opposition to the motion to dismiss brought by Defendant Wal-Mart Inc. shall be due on July 11, 2013;

    b. Plaintiffs' opposition to  the motion to dismiss brought by Defendants Obesity Research Institute, LLC, Henny Den Uijl, and Bryan Corlett shall be due on July 11, 2013;

c. Defendant Wal-Mart Inc.'s reply in support of its motion to dismiss shall be due on July 18, 2013;

d. The reply in support of the motion to dismiss brought by Defendants Obesity Research Institute, LLC, Henny Den Uijl, and Bryan Corlett shall be due on July 18, 2013;

e. Plaintiffs' opposition to Defendants' motion to transfer shall be due on July 25, 2013;

f. Plaintiffs' opposition to Defendants' motion to stay shall be due on July 25, 2013;

g. Defendants' reply in support of the motion to transfer shall be due on August 1, 2013; and

h. Defendants' reply in support of the motion to stay shall be due on August 1, 2013.

**IT IS SO STIPULATED.**

Dated:  July 2, 2013                                   **BURSOR & FISHER, P.A.**

By:  */s/ L. Timothy Fisher*
      L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
Annick M. Persinger (State Bar No. 272996)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone:  (925) 482-1515
Facsimile:   (925) 407-2700
E-Mail: ltfisher@bursor.com
           swestcot@bursor.com
           apersinger@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com

*Attorneys for Plaintiffs*

| | |
|---|---|
| Dated: July 2, 2013 | **NEWPORT TRIAL GROUP**<br>A Professional Corporation<br><br>By:  */s/ James B. Hardin*<br>        James B. Hardin<br><br>Scott J. Ferrell (State Bar No. 202091)<br>James B. Hardin (State Bar No. 205071)<br>4100 Newport Place, Suite 800<br>Newport Beach, California 92660<br>Telephone: (949) 706-6464<br>Facsimile: (949) 706-6469<br>E-Mail:  sferrell@trialnewport.com<br>            jhardin@trialnewport.com<br><br>*Attorneys for Defendants Obesity Research Institute, LLC; Continuity Products, LLC; Henny Den Uijl, Bryan Corlett* |
| Dated: July 2, 2013 | **SHOOK, HARDY & BACON L.L.P.**<br><br>By:  */s/ Frank C. Rothrock*<br>        Frank C. Rothrock<br><br>Frank C. Rothrock (State Bar No. 54452)<br>Paul B. La Scala (State Bar No. 186939)<br>D. Susan Wiens (State Bar No. 142548)<br>5 Park Plaza, Suite 1600<br>Irvine, California 92614<br>Telephone:  (949) 475-1500<br>Facsimile:  (949) 475-0016<br>E-Mail:   forthrock@shb.com<br>             plascala@shb.com<br>             dweins@shb.com<br><br>*Attorneys for Defendant Wal-Mart Stores, Inc.* |

**ORDER**

Pursuant to the stipulation of the parties, the hearings on Defendants' motions to dismiss (ECF Nos. 10 & 12) set for July 25, 2013, are hereby vacated and **continued to August 8, 2013 at 2:00 p.m.** in Courtroom 7.

IT IS SO ORDERED.

Dated: July 3, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT