**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
         apersinger@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed On Signature Page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMARIE FERNANDEZ, ALFONSO MENDOZA, and RHONDA STANLEY, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OBESITY RESEARCH INSTITUTE, LLC, CONTINUITY PRODUCTS, LLC, WAL-MART STORES, INC., HENNY DEN UIJL, and BRYAN CORLETT,<br><br>Defendants. | Case No. 2:13-cv-00975-MCE-KJN<br><br>**JOINT STATUS REPORT**<br><br>Hon. Morrison C. England, Jr. |

1   Pursuant to the Court's Minute Order on October 19, 2015, the parties hereby submit this
2  "joint status report as to the status of *Duran v. Obesity Research Inst. LLC*, (Case No. 37-2013-
3  00048664-CU-BT-CTL) by the San Diego Superior Court."
4   The parties to the *Duran* matter moved for preliminary approval of a class action settlement
5  on November 27, 2013, which was granted on February 28, 2014.  Thereafter, Plaintiffs DeMarie
6  Fernandez and Alfonso Mendoza, as well as Brian Horowitz (collectively, the "Objectors"),
7  represented by Bursor & Fisher, P.A., filed an objection to the proposed settlement on October 10,
8  2014.  The *Duran* parties moved for final approval on January 14, 2015, and the Objectors filed an
9  opposition to final approval on January 26, 2015.  Additionally, counsel for plaintiff Fred Duran
10 filed a motion for attorneys' fees on March 18, 2015, and the Objectors filed an opposition on
11 March 27, 2015.
12  Following a final fairness hearing, the *Duran* court granted final approval on March 24,
13 2015, entered judgment on March 26, 2015, and granted plaintiff Duran's counsel their requested
14 attorneys' fees on April 10, 2015.  The Objectors filed a timely Notice of Appeal on April 20,
15 2015.  Subsequently, the Objectors submitted their opening appellants' brief on September 9, 2015,
16 which is before the Court of Appeal of the State of California, Fourth Appellate District, Division
17 One, No. D067917.  Presently, appellee Duran's responding brief is due on November 3, 2015, and
18 the responding briefs for the remaining appellees are due on November 12, 2015.  No hearing date
19 has been set.

| | | |
|---|---|---|
| 1 | Dated: October 27, 2015 | **BURSOR & FISHER, P.A.** |
| 2 | | |
| 3 | | By:   */s/ L. Timothy Fisher*<br>       L. Timothy Fisher |
| 4 | | L. Timothy Fisher (State Bar No. 191626)<br>Annick M. Persinger (State Bar No. 272996) |
| 5 | | 1990 North California Boulevard, Suite 940<br>Walnut Creek, CA 94596 |
| 6 | | Telephone: (925) 482-1515<br>E-Mail: ltfisher@bursor.com |
| 7 | |        apersinger@bursor.com |
| 8 | | **BURSOR & FISHER, P.A.** |
| 9 | | Scott A. Bursor (State Bar No. 276006)<br>888 Seventh Avenue |
| 10 | | New York, NY 10019<br>Telephone: (212) 989-9113 |
| 11 | | E-Mail: scott@bursor.com |
| 12 | | *Attorneys for Plaintiffs* |
| 13 | | **SHOOK, HARDY & BACON** |
| 14 | | By:   */s/ Frank C. Rothrock*<br>       Frank C. Rothrock |
| 15 | | |
| 16 | | Frank C. Rothrock (State Bar No. 54452)<br>5 Park Plaza, Suite 1600 |
| 17 | | Irvine, CA 92614<br>Telephone: (949) 475-1500<br>E-Mail: frothrock@shb.com |
| 18 | | |
| 19 | | *Attorneys for Defendant Wal-Mart Stores, Inc.* |
| 20 | | **NEWPORT TRIAL GROUP** |
| 21 | | By:   */s/ David W. Reid*<br>       David W. Reid |
| 22 | | David W. Reid (State Bar No. 267382)<br>Scott J. Ferrell (State Bar No. 202091) |
| 23 | | James B. Hardin (State Bar No. 205071)<br>4100 Newport Place, Suite 800 |
| 24 | | Newport Beach, CA 92660<br>Telephone: (949) 706-6464 |
| 25 | | Facsimile: (949) 706-6469<br>E-Mail: dreid@trialnewport.com |
| 26 | |        sferrell@trialnewport.com<br>       jhardin@trialnewport.com |
| 27 | | *Attorneys for Defendants Obesity Research Institute,* |
| 28 | | *LLC, Continuity Products, LLC, Henny den Uijl, and Bryan Corlett* |